UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

TODD LOSURE,

    Plaintiff,

v

KALAMAZOO COUNTY, THOMAS JELSOMENO, MICHAEL HIEMSTRA, JAMES VARDA, DANIEL BLOCK, ALBERT DOORLAG, and HEATHER MARSHAL, in their individual and official capacities,

    Defendants.

Case No. 21-cv-00552

HON. ROBERT J. JONKER
MAG. RAYMOND S. KENT

_____

| | |
|---|---|
| Christopher Trainor (P42449)<br>Amy Derouin (P70514)<br>Thomas Kerr (P84864)<br>CHRISTOPHER TRAINER & ASSOCIATES<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650<br>christopher.trainor@cjtrainor.com<br>Amy.derouin@jtrainor.com<br>Thomas.kerr@cjtrainor.com | Allan C. Vander Laan (P33893)<br>Kristen L. Rewa (P73043)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants<br>2851 Charlevoix Dr., S.E. - Suite 327<br>Grand Rapids MI  49546<br>616-975-7470<br>avanderlaan@cmda-law.com<br>krewa@cmda-law.com |

_____

### STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT

    NOW COMES, the parties, through their respective counsel, state:

1. Plaintiff filed and served their Summons and Complaint on Defendants on July 16, 2021 and July 20, 2021;

2. Defendants' answer to Plaintiff's Complaint would be due on August 6 and August 10;

3. Defense attorney has not had a chance to interview the named Defendants;

4. On July 30, 2021, Defense counsel reached out to Plaintiff's counsel seeking an extension from August 6, 2021 to August 27, 2021 to answer Plaintiff's Complaint;

01397868-1

5. On August 2, 2021 one of Plaintiff's counsel agreed to an extension of time for Defendants to Answer Plaintiff's complaint.

                                Respectfully submitted,

                                CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

Dated: August 3, 2021        /s/ Allan C. Vander Laan
                                          Allan C. Vander Laan (P33893)
                                          Kristen L. Rewa (P73043)
                                          Attorneys for Defendants

                                          CHRISTOPHER TRAINER & ASSOCIATES

Dated: August 3, 2021        /s/ Amy DeRouin with permission
                                          Amy DeRouin (P70514)
                                          Christopher Trainor (P42449)
                                          Attorney for Plaintiff

## **ORDER**

This matter had become before the Court on the Stipulation of the parties, the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Defendants have from August 6, 2021 to August 27, 2021 to answer Plaintiff's Complaint.

Date:                                                  _____
                                                  Hon Robert J. Jonker